# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-0890

———————————————

LARRY K. WHITE, LOUIS THALER,
and JACK L. MCLEAN JR.,

    Appellants,

    v.

CITY OF QUINCY, RONTE HARRIS,
and KEITH DOWDELL,

    Appellees.

———————————————

On appeal from the Circuit Court for Gadsden County.
David Frank, Judge.

March 26, 2026

PER CURIAM.

    AFFIRMED.

LEWIS, KELSEY, and TREADWELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jack L. McLean, Jr., Tallahassee, Larry K. White of Larry K. White, LLC, Tallahassee, and Louis Thaler of Louis Thaler, P.A., Miami, for Appellants.

Benjamin M. Lagos and Robert E. Larkin, III, of Allen, Norton, & Blue, P.A., Tallahassee, for Appellees Ronte Harris and Keith Dowdell; Mohammad O. Jazil of Holtzman Vogel Baran Torchinsky & Josefiak PLLC, Tallahassee, and Gary A. Roberts of Gary A. Roberts & Associates, LLC, Tallahassee, for Appellee City of Quincy.